# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:20-CR-149-SDJ-KPJ-1 |
| JAMES DONALD BLODGETT (1) | § § § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on October 11, 2023, to determine whether Defendant violated his supervised release. Defendant was represented by Federal Public Defender Brian O'Shea. The Government was represented by Assistant United States Attorney Chris Rapp.

On March 17, 2023, United States District Judge Richard A. Schell sentenced Defendant to a term of twenty-four (24) months, followed by three (3) years of supervised release, for violating 18 U.S.C. § 922(g)(1), 18 U.S.C § 924(a)(2) (Possession of a Firearm by a Prohibited Person). *See* Dkt. 73. On April 11, 2023, Defendant completed his term of imprisonment and began serving the term of supervision. *See* Dkt. 75 at 1.

On September 27, 2023, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 75), alleging Defendant violated six conditions of supervised release. *See id.* at 1–3. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant must report to the probation officer as instructed; (2) Defendant must follow the instructions of the probation officer related to the conditions of supervision; (3) Defendant must live at a place approved by the probation officer and

notify the probation officer at least ten days before any change in address; (4) Defendant must refrain from any unlawful use of a controlled substance; (5) Defendant must participate in a program of testing and treatment for substance abuse and follow the rules and regulations of that program until discharged; and (6) Defendant shall pay to the United States a special assessment of $100. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

(1) Defendant failed to report as instructed on September 5 and 8, 2023.

(2) Same as above.

(3) On September 14, 2023, the probation officer conducted a home visit at Defendant's approved residence. Upon arrival, the probation officer was informed by a resident of the home that Defendant no longer lived at the approved residence and had not lived at the residence for quite some time. Defendant failed to notify the probation officer of his new address. Defendant's whereabouts are currently unknown.

(4) On June 15, 2023, Defendant verbally admitted to methamphetamine use during a home visit conducted by the probation officer. No urine sample was taken and thus, there is no associated lab report.

(5) Defendant failed to report to the United States Probation Office in Sherman, Texas, to submit a urine specimen pursuant to the random drug testing program on the following dates: May 30, 2023; June 8, 2023; July 7, 2023; August 23, 2023; and September 14, 2023.

   Defendant failed to attend substance abuse treatment with Fletcher Counseling on June 29, 2023, and July 7, 2023. On July 9, 2023, Fletcher Counseling notified the probation office of Defendant's discharge from the substance abuse program for failure to attend the second appointment and failure to notify the program after confirming.

(6) To date, a $50 balance remains on the special assessment.

On October 11, 2023, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for October 11, 2023. Defendant entered a plea of true to allegations one through six, consented to revocation of his supervised release, and waived his right to object to the proposed

2

findings and recommendations of the undersigned. *See id.*; Dkt 85. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

### RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the October 11, 2023, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months with twenty-eight (28) months of supervised release to follow under the previous conditions of supervised release. The Court further recommends Defendant be placed at FMC Fort Worth in Fort Worth, Texas, if appropriate.

**So ORDERED and SIGNED this 16th day of October, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE